[Criminal No. 714. Filed December 1, 1930.]

[292 Pac. 1116.]

J. W. DONAHUE, Appellant, v. STATE, Respondent.

Messrs. Myrland & Samuelson, for Appellant.

Mr. K. Berry Peterson, Attorney General, for the State.

PER CURIAM.—Defendant was convicted of the crime of rape, and has appealed to this court. No brief has been filed on his behalf, but we have examined the record for fundamental error. The information properly charges the offense, the verdict of the jury follows the information, and the record shows that the proceedings were in all respects regular and according to law.

The judgment is therefore affirmed.